# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPEHN AND LISA COCKING, ) | |
| ) | |
| Plaintiffs ) | |
| ) | |
| v. ) | **Case No.: 2:13-cv-2377-JS** |
| ) | |
| NCO FINANCIAL SYSTEMS, INC. ) | |
| ) | |
| Defendant ) | |
| ) | |
| ) | |
| ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses their Complaint with prejudice.

Dated: August 5, 2013                BY: /s/Craig Thor Kimmel
                                     Craig Thor Kimmel, Esquire
                                     Attorney ID # 57100
                                     Kimmel & Silverman, P.C.
                                     30 E. Butler Pike
                                     Ambler, PA 19002
                                     Phone: (215) 540-8888
                                     Facsimile: (877) 788-2864
                                     Email: kimmel@creditlaw.com
                                     Attorney for Plaintiff