
JS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEPEHN AND LISA COCKING,<br><br>Plaintiffs<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.<br><br>Defendant | Case No.: 2:13-cv-2377-JS |

**FILED**
AUG - 6 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses their Complaint with prejudice.

Dated: August 5, 2013

BY: /s/Craig Thor Kimmel
Craig Thor Kimmel, Esquire
Attorney ID # 57100
Kimmel & Silverman, P.C.
30 E. Butler Pike
Ambler, PA 19002
Phone: (215) 540-8888
Facsimile: (877) 788-2864
Email: kimmel@creditlaw.com
Attorney for Plaintiff

**ENTERED**
AUG - 6 2013
**CLERK OF COURT**

Date: 8/5/2013
8/6/13 mail:
Nco Financial